**Order Filed January 31, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00683-CV

## IN RE: JUAN ANDRES CUELLAR, OLDCASTLE MATERIALS TEXAS, INC, F/K/A APAC-TEXAS, INC., OLDCASTLE PAYROLL INC., F/K/A APAC, INC. AND APAC HOLDINGS, INC., Relators

### Original Proceeding from the 68th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-15831

## ORDER

Before Justices Osborne, Pedersen, III, and Goldstein

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus. We **ORDER** relators to bear the costs, if any, of this original proceeding.

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE